UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00016-MOC

| | |
|---|---|
| **WANDA T. RITCHIE,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Voluntarily Dismissal Pursuant to Rule 41(a)(2). The motion reflects that the Commissioner consents to the relief requested. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Voluntarily Dismissal Pursuant to Rule 41(a)(2) (#10) is **GRANTED**, this action is **DISMISSED**, and the September 24, 2012, decision of the ALJ is **AFFIRMED** as the final decision of the Commissioner, as requested by plaintiff and her attorney in her motion.

Signed: May 23, 2014

Max O. Cogburn Jr.
United States District Judge